UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE DIAZ, JR., | ) CASE NO. CV 10-6193-JAK (PJW) |
| Plaintiff, | ) |
| | ) ORDER ACCEPTING FINAL REPORT AND |
| v. | ) RECOMMENDATION OF UNITED STATES |
| | ) MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF THE | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Final Report and Recommendation of United States Magistrate Judge.  No objections have been filed to the Report.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: July 8, 2013.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA10CV06193JAK-O.wpd