UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICENTE DIAZ, JR., | ) | Case No. CV 10-6193-JAK (PJW) |
| Plaintiff, | ) ) | |
| | ) | J U D G M E N T |
| v. | ) ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this case be remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

DATED:   July 8, 2013.

*/s/ JMK*

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA10CV06193JAK-J.wpd